# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

FILED
NOV 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| UNITED STATES OF AMERICA V. DAVID LEE FORNEY, II | | COMMITMENT TO ANOTHER DISTRICT | |
|---|---|---|---|
| **DOCKET NUMBER** | | **MAGISTRATE JUDGE CASE NUMBER** | |
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70782-WDB | 2:08-MJ-214 | 4-08-70782-WDB | 2:08-MJ-214 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

**charging a violation of** Title 18 U.S.C. § 2119 and Sec. 924(c)

**DISTRICT OF OFFENSE**
Eastern District of Tennessee, Greeneville

**DESCRIPTION OF CHARGES:**
- Carjacking
- Did knowingly use, carry and brandish a firearm during and in relation to a crime of violence

**CURRENT BOND STATUS:**
☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) On 11/21/08, the defendant waived his Identity/Removal Hearing and Detention Hearing in the District of Arrest, reserving his rights to revisit the matter of detention de novo in the Eastern District of Tennessee, Greeneville.

**Representation:** ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?** ☒ No   ☐ Yes   Language: _____

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11-24-08
Date

/s/ Wayne D. Brazil
United States ~~Judge or~~ Magistrate Judge WAYNE D. BRAZIL

cc: A certified copy to Marshal w/ Pretrial + WDB's stats, copy to parties via ECF

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |